820

No. 135.  GEHMAN v. SMITH, COLLECTOR OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.  *Henry D. O'Connor* for petitioner.  *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *John J. Kelley, Jr.* for respondent. ■

No. 136.  VAUGHAN NOVELTY MFG. CO. v. G. G. GREENE MFG. CORP.  C. A. 3d Cir.  Certiorari denied.  *Warren C. Horton* for petitioner.  *William Glassman* for respondent.

No. 137.  ELSALTO REAL ESTATE, INC. v. CITY OF MIAMI BEACH.  Supreme Court of Florida.  Certiorari denied.  *Carl T. Hoffman* for petitioner.  *Thos. H. Anderson* for respondent.

No. 138.  PENNSYLVANIA MUTUAL LIFE INSURANCE CO. v. BELEY.  Supreme Court of Pennsylvania, Western District.  Certiorari denied.  *W. Denning Stewart* for petitioner.  *Samuel J. Goldstein* for respondent.

No. 140.  WALET v. JEFFERSON LAKE SULPHUR CO.  C. A. 5th Cir.  Certiorari denied.  *James G. Schillin* for petitioner.  *Eberhard P. Deutsch* for respondent.

No. 141.  NEW WRINKLE, INC. ET AL. v. WATSON, COMMISSIONER OF PATENTS.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *H. A. Toulmin, Jr.* and *F. E. Drummond* for petitioners.  *Acting Solicitor General Davis, Assistant Attorney General Burger* and *Samuel D. Slade* for respondent.